# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

THREE RIVERS COMMONS OWNERS'
ASSOCIATION, INC.

NO.  2024 CW 1221

VERSUS

DONNA GRODNER, ET AL

**DECEMBER 13, 2024**

---

In Re:  Donna Grodner, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 171319.

---

**BEFORE:  WOLFE, MILLER, AND GREENE, JJ.**

**WRIT GRANTED WITH ORDER.**  The district court's November 12, 2024 judgment denying relator's motion to supplement the record is reversed, and we hereby grant the motion to supplement. We order the Clerk of Court of Livingston Parish to supplement the appeal record in 2024 CA 0737 with the following:

1) Fax filing of the original motion for new trial from December 19, 2022;

2) Original motion for new trial filed on December 23, 2022;

3) Notice of judgment issued in this case on January 10, 2023; and

4) The service return from the foregoing notice of judgment referenced above.

The Clerk of Court shall supplement the appeal record in 2024 CA 0737 with the foregoing on or before December 30, 2024.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT